United States District Court of Colorado
Joshua Gess
v.
USMS and 10th Circuit Dist. Ct.

20 CV 1790 PAB-STV

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:57 pm, Aug 07, 2020
JEFFREY P. COLWELL, CLERK

## MOTION FOR TRO

Petitioner moves for prelim injunction and a TRO, as grounds states:

1. Petitioner moves for an order from the court to issue to USMS and 10th Circuit to comply with CDC guidelines at FDC immediately for Correctional and detention centers which are found at; https://stacks.cdc.gov/view/cdc/87561

2. Petitioner moves for TRO to issue to USMS to prohibit them from making arbitrary cell and facility moves or changes in an attempt to adversely affect litigation, personal property, proximity to family; NO DIESEL THERAPY.

3. Petitioner asserts the TRO is a must due to severity of COVID 19.

Respectfully Submitted

Joshua Gess 8-4-20

Cert of Service
Mailed 8-4-20
x



Joshua Kless
#589-013
9595 W. Quincy Ave.
Littleton, CO 80123

Mailed 8-4-20

LEGAL MAIL

US Dist. Ct.
901 19th St.
Denver, CO. 80294